TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Arizona Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Stephanie Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth, | Case No.: CV-16-01070-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| Experian Information Solutions, Inc., an Ohio corporation, Trans Union, LLC, a Delaware limited liability company, and First Premier Bank, a foreign corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement.

1

The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 6th day of October, 2016.

KENT LAW OFFICES


By: */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Stephanie Roth