# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth,<br><br>   Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>   Defendants. | No. CV-16-01070-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice as to Defendant Trans Union LLC only. (Doc. 59.) For good cause shown,

**IT IS ORDERED** that Defendant Trans Union, LLC, only, is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 11th day of October, 2016.

Douglas L. Rayes
United States District Judge