# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-01070-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., only, with Prejudice. (Doc. 61.) For good cause shown,

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc., only, be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 20th day of October, 2016.

Douglas L. Rayes
United States District Judge