# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie Roth,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-01070-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 63.) For good cause shown,

**IT IS ORDERED** that this action is dismissed, with prejudice, each party to bear its own fees and costs.

Dated this 24th day of February, 2017.

_____
Douglas L. Rayes
United States District Judge